**FILED**
APR - 4 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RUIZ,<br><br>   Petitioner<br><br>  v.<br><br>ANTHONY J. MALFI, Warden,<br><br>   Respondent. | Case No. CV 07-1186-AHM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendations of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations and orders that judgment be entered dismissing the petition with prejudice.

  IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on all parties.

Dated: April 1, 2008

_____
A. Howard Matz
United States District Judge