JS-6 ENTER

FILED
APR - 4 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY RUIZ, ) | Case No. CV 07-1186-AHM (MLG) |
| ) | |
| Petitioner ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| ANTHONY J. MALFI, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: April 1, 2008

_____
A. Howard Matz
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY